**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS WALKER,<br><br>      Petitioner,<br><br>      v.<br><br>BRIAN CATES, Warden,<br><br>      Respondent. | Case No.: 1:21-cv-01412-NONE-JLT (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON ATTORNEY GENERAL<br><br>[THIRTY-DAY DEADLINE] |

On September 23, 2021, Petitioner filed the instant petition for writ of habeas corpus. (Doc. 1.) On October 1, 2021, the Court issued findings and recommendations to dismiss the petition for lack of exhaustion. (Doc. 4.) On October 18, 2021, Petitioner filed objections to the findings and recommendations (Doc. 6) and a motion to stay and abey proceedings, asserting that he is proceeding in state court to exhaust his claims and requesting that the Court stay the action pending the disposition of his claims in state court (Doc. 7). On October 22, 2021, the Court withdrew the findings and recommendations. (Doc. 8.) Accordingly, the Court ORDERS:

1) The Clerk of Court is DIRECTED to serve a copy of the petition for writ of habeas corpus and motion for stay and abeyance on the Attorney General or his or her representative;

2) Respondent is GRANTED thirty days from the date of service of this order to file an opposition or statement of non-opposition to the motion; and

    3) In the event Respondent files an opposition, Petitioner is GRANTED thirty days to file a reply.

IT IS SO ORDERED.

   Dated: __October 25, 2021__           _ **/s/ Jennifer L. Thurston**
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE