**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS WALKER,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN CATES, Warden,<br><br>        Respondent. | Case No.: 1:21-cv-01412-JLT-BAK (SAB)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 15) |

Petitioner filed a petition for writ of habeas corpus in this Court on September 23, 2021. (Doc. 1.) On October 18, 2021, Petitioner filed a motion for a stay and abeyance of the proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). (Doc. 7.) The assigned magistrate judge issued findings and recommendations to deny petitioner's motion for a stay and to dismiss grounds one, three, and four from the petition. (Doc. 15.) These findings and recommendations notified the parties that any objections were to be filed within 21 days from the date of service of that order. Petitioner filed objections on February 25, 2022. (Doc. 16.)

According to 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Petitioner generically asserts that "jurists of reason could find debatable the magistrate judge's findings" but fails to challenge any aspect of the findings and recommendations with specificity. Thus, the court orders as follows:

1

1. The findings and recommendations, filed February 11, 2022 (Doc. 15), are ADOPTED IN FULL;
2. Petitioner's motion to stay (Doc. 7) is DENIED; and
3. Grounds one, three, and four are DISMISSED.

IT IS SO ORDERED.

Dated: __May 22, 2022__

*[signature]*
UNITED STATES DISTRICT JUDGE