1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   DOUGLAS WALKER,                          Case No.: 1:21-cv-01412-JLT-BAK (SAB) (HC)

12                      Petitioner,            ORDER DIRECTING RESPONDENT TO FILE
                                              A RESPONSE
13            v.
                                              [60-DAY DEADLINE]
14   BRIAN CATES, Warden,

15                      Respondent.

16

17         On September 23, 2021, Petitioner filed a petition for writ of habeas corpus in this Court.

18   (ECF No. 1).  On October 18, 2021, Petitioner filed a motion to stay and abey proceedings.  (ECF

19   No. 7).  On February 11, 2022, the Court issued findings and recommendations to deny the

20   motion for stay and to dismiss grounds one, three, and four for failure to exhaust.  (ECF No. 15).

21   The Court adopted in full the findings and recommendations on May 23, 2022.  (ECF No. 17).

22         Accordingly, Respondent is directed to file a response to the one exhausted insufficiency

23   of the evidence claim (ground two) **within 60 days** of the date of service of this order.  Petitioner

24   may file a traverse **within 30 days** of the date Respondent's answer is filed with the Court.  If no

25   traverse is filed, the petition and answer are deemed submitted at the expiration of the 30 days.

26   ///

27   ///

28   ///

                                              1

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court.  Local Rule 230(l).  Extensions of time will only be granted upon a showing of good cause.  All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **May 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2